- 1 -

Your Name:    BARBARA STUART ROBINSON

Address:    106 1/2 JUDGE JOHN AISO ST#423

Phone Number:    602-309-5744

Fax Number:

E-mail Address:    stuart98499@gmail.om

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV23    4752 LB

| BARBARA STUART ROBINSON | Case Number   *[leave blank]* |
| Plaintiff, | **COMPLAINT** |
| vs. | 1. Unlawful Discrimination |
|  | 2. Unconstitutional Deprivation of Rights. |
| CITY OF SAN FRANCISCO | DEMAND FOR JURY TRIAL |
|  | Yes ✔  No ☐ |
|  | 3. Violation of Civil Rights Equal Protections |
| Defendant. | |

**PARTIES**

1.  Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name:    BARBARA STUART ROBINSON

Address:    106 1/2 JUDGE JOHN AISO ST #423   LOS ANGELES, CA  90012

Telephone:    602-309-5744

COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

①

- 2 -

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: CITY OF SAN FRANCISCO

Address: 1 Dr Carlton B Goodlett Pl #200

Telephone: San Fransisco, Ca 94102

Defendant 2:

Name: X

Address: _____

Telephone: _____

Defendant 3:

Name: X

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✔] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] EQUAL PROTECTIONS 14th Amendement violation of Civil Rights, to be Heard.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

②

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.    Venue is appropriate in this Court because:

[✔] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.    Because this lawsuit arose in SAN FRANCISCO County, it should be assigned to the SAN FRANCISCO Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

1.   ON OR ABOUT 9/15/2023  CITY OF SAN FRANCISCO IGNORED EQUAL PROTECTIONS RIGHTS AND COMPLAINT TO BE HEARD and FAILED CITY OF SAN FRANCISCO SUNSHINE ORDINACE 1999.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

- 4 -

2.   CITY OF SAN FRANCISCO NON  ACTS OR OMISSIONS COMMITTED UNCONSTITUTIONAL DISCRIMINATION IN THE CONFLICT OF LAWS SIDEWALK VENDING, ENFORCEMENT AND RIGHT TO KNOW.

3.   BECAUSE THE CITY OF SAN FRANCISCO IGNORED COMPLAINT FOR EQUAL PROTECTIONS RIGHTS THE PLAINTIFF WAS UNCONSTITUTIONALLY DEPRIVED OF  CIVIL LIBERTIES AND UNCONSTITUTIONALLY DEPRIVED OF CONSTITUTIONAL REMEDIES AND THEREFORE SEEKS  FAIR COMPENSATION AND RELIEF.

//
//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

## CAUSE OF ACTION

Constitutional BSR

1. DEPRIVATION OF RIGHTS   VIOLATION OF  14TH AMENDMENT -EQUAL PROTECTIONS

## STATEMENT OF CLAIM UPON WHICH RELIEF CAN BE GRANTED

1. CITY OF SAN FRANCISCO IGNORED EQUAL PROTECTIONS RIGHTS AND COMPLAINT TO BE HEARD.   Unlawful Deprivation of City Rights in Public Services serviced under State Law Cal. Gov. Code Section 51038 C(5) Sidewalk Vending.  The City of San Francisco Ignored complaint that Street Venders are not having and displaying State of California Department of Tax and Administration Fees permits and are continually  selling hotdogs, fruit and other items and the City is Ignoring these BSR Complaints on a case by case basis in violation of the 14th Amendment Equal Protection Act of the Constitution enforced by the people under the 9th Amendment Due to a City Clause given "THE RIGHT OF THE PEOPLE TO KNOW" San Francisco Administrative Code, Chapter 67.1(d)- The right of the people to know what their government and those acting on behalf of their government are doing is fundamental to democracy, and with very few exceptions, that right supersedes any other policy interest government officials may use to prevent public access to information is also known as the San Francisco Sunshine Ordinance of 1999.

Unequal taxation and  The Right to Know was Deprived Rights owed to the Plaintiff and the Plaintiff  is entitled to fair compensation for the Unlawful Deprivation and Unlawful Discrimination by the City.



- 5 -

## CLAIMS

### First Claim

(*Name the law or right violated*: EQUAL PROTECTIONS                )

(*Name the defendants who violated it*: CITY OF SAN FRANCISCO        )

[*Explain briefly here __what__ the law is, __what each__ defendant did to violate it, and __how__ you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

1. Unenumerated rights The City of San Francisco failed to Enforce and or Respond to Plaintiff Public Health, Safety and Welfare Complaint that claimed The City's Enforcement of Public Services are in violation of State Law and the City of San Francisco Ignored plaintiffs complaint ( Dec. Ex. A) of State

Law and Constitutional Due Process deprivation In violation of Plaintiff's Constitutional Civil Rights Remedy 9th Amendment of the Constitution based on Unconstitutional Deprivation of Public Services and Unconstitutional Discrimination in Enforcement of Public Services owed to

Unconstitutional Discrimination in Enforcement of Public Services owed to Francisco duty to the people and the plaintiff is entitled Compensation for Deprivation of Rights San Francisco Administrative Code, Chapter 67.1(d)- The right of the people to know what their government and those acting on behalf of

their government are doing is fundamental to democracy, and with very few exceptions, that right supersedes any other policy interest government officials may use to prevent public access to information is also known as the San Francisco Sunshine Ordinance of 1999.

14TH AMENDMENT PROTECTIONS UNDER THE CONSTITUTION
" RIGHT TO BE HEARD" .

//

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

1. PLAINTIFF DEMANDS FAIR COMPENSATION FOR VIOLATION OF PALINTIFFS CIVIL RIGHTS AND DEPRIVATION OF CONSTITUTIONAL RIGHTS . EQUAL PROTECTIONS AND RIGHT TO BE HEARD CITY DUTY, WHEN IN FACT THE PLAINTIFFS COMPLAINT OF UNEQUAL TAXATION AND ENFORCEMENT IN VIOLATION OF CAL. GOV. CODE SECTION 51038 C(5) SIDEWALK VENDING AND THE 14TH AMENDMENT OF EQUAL PROTECTIONS VIOLATIONS WERE IGNORED. COMPENSATORY RELIEF UNSPECIFIED AMOUNT.

Punitive Award Cal Civil Code section 3294.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 9/15/2023    Sign Name: _____

Print Name: BARBARA STUART ROBINSON

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

